U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

AUG 1 5 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| HOMER J. ROBIN | CIVIL ACTION NO. 2:07 CV 1440 |
| VERSUS | JUDGE PATRICIA MINALDI |
| CHASE INSURANCE LIFE AND ANNUITY COMPANY AND FEDERAL KEMPER LIFE ASSURANCE COMPANY | MAG. JUDGE KATHLEEN KAY |

## JUDGMENT

This matter came before the Court on June 23, 2008, on the hearing of defendant's Motion for Summary Judgment filed pursuant to Rule 56 of the Federal Rules of Civil Procedure. Present in court were Cullen J. Dupuy, on behalf of defendant, Protective Life Insurance Company, and Van Clifton Seneca, on behalf of plaintiff, Homer J. Robin.

The Court, after considering the memorandum submitted and oral arguments of counsel, and for reasons orally assigned, ruled as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Protective Life Insurance Company's Motion for Summary Judgment be and hereby is **GRANTED**, and that the above numbered and entitled case be and is hereby dismissed in its entirety, dismissing all claims of plaintiff, Homer J. Robin, against defendant, Protective Life Insurance Company, with full prejudice, with plaintiff to bear all costs of court.

Judgment rendered in open court on the 23rd day of June, 2008.

JUDGMENT READ AND SIGNED at Lake Charles, Louisiana, on this ___14___ day of July, 2008.

_____
Honorable Patricia Minaldi
United States District Court, Western District

813981.1